# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE D. WATSON,**<br>Plaintiff,<br>vs.<br>**MCKERSIE, ET AL.,**<br>Defendants. | CASE NO. 18-cv-02854-YGR<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

Plaintiff Jacqueline D. Watson is hereby **ORDERED TO SHOW CAUSE** as to why the above-captioned matter should not be dismissed for failure to prosecute under Rule 41(b) in light of plaintiff's failure to file an amended complaint alleging facts sufficient to state a claim for violation of the Americans with Disabilities Act by June 18, 2018, as ordered by the Court on May 21, 2018. (*See* Dkt. No. 5.)

A hearing on this Order to Show Cause will be held on **Friday, July 20, 2018**, on the Court's **9:01 a.m**. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, July 13, 2018**, plaintiff must file a written response to this Order to Show Cause. If the Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause**.**

**IT IS SO ORDERED.**

Dated: June 27, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**