# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE D. WATSON,**<br>Plaintiff,<br>vs.<br>**MCKERSIE, ET AL.,**<br>Defendants. | CASE NO. 18-cv-02854-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

By Order issued May 21, 2018, the Court dismissed plaintiff's complaint without prejudice and directed plaintiff to file an amended complaint alleging facts sufficient to state a claim for violation of the Americans with Disabilities Act no later than June 18, 2018. (Dkt. No. 5.) As of June 27, 2018, the plaintiff had not filed an amended complaint.

By Order issued June 27, 2018, plaintiff was directed to file, no later than Friday, July 13, 2018, a written response as to why the above-captioned matter should not be dismissed for failure to prosecute under Rule 41(b) in light of plaintiff's failure to file an amended complaint and to appear at a hearing on the Court's order to show cause on July 20, 2018. (Dkt. No. 6.) Plaintiff did not appear at the July 20, 2018 hearing. (Dkt. No. 7.) As of July 20, 2018, plaintiff has not filed a response to the Court's June 27, 2018 Order, nor has she filed any other documents since May 15, 2018.

Therefore, and pursuant to Federal Rule of Civil Procedure 41(b) this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 20, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**